STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
   JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA KESZENHEIMER, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIANCE RESIDENTIAL, LLC., ALLIANCE RESIDENTIAL COMPANY, and ALLIANCE RESIDENTIAL INC. <br><br> Defendants. | Case No. 3:13-cv-05211 <br><br> **PLAINTIFF'S REQUEST FOR AN ORDER MODIFYING THE SCHEDULING ORDER SETTING INITIAL CASE MANAGEMENT DEADLINES**   AND ORDER THEREON |

I.  **INTRODUCTION**

Plaintiff hereby respectfully requests that the Court modify the scheduling order. Plaintiffs make this request because service of Defendants was difficult and was eventually only completed

1
PLAINTIFF'S REQ. TO MODIFY CASE SCHEDULE

*CASE NO. 3:13-CV-05211*

by means of waivers of service signed on January 8, 2014.  The waivers of service require Defendants to respond to the complaint by January 27, 2014.  Defense Counsel has taken the position that they will not participate in the actions required by the deadlines in the November 12, 2013 Order until Defendants answer the complaint.

As such, Plaintiffs request that the dates set by the order be reset to provide the parties additional time to comply as follows:

| Event | Original Date | Requested Date |
| --- | --- | --- |
| Meet and confer re: initial disclosures, settlement, ADR and discovery | 1/15/14 | 2/5/14 |
| File ADR Certificates | 1/15/14 | 2/5/14 |
| File Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 1/15/14 | 2/5/14 |
| Last Day to File Rule 26(f) Report | 1/29/14 | 2/19/14 |
| Initial Case Management Conference | 2/5/14 @ 10:00 a.m. | 2/26/14 @ 10:00 a.m. |

Respectfully submitted,

DATED: January 20, 2014                                **MALLISON & MARTINEZ**

By: ___/s/_____ Stan Mallison

IT IS SO ORDERED.
DATED: January 21, 2014

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]

PLAINTIFF'S REQ. TO MODIFY CASE SCHEDULE



*CASE NO. 3:13-CV-05211*