THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
ANDREA L. FELLION, State Bar No. 262278
andrea.fellion@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
ALLIANCE RESIDENTIAL LLC dba ALLIANCE RESIDENTIAL COMPANY

STAN S. MALLISON, State Bar No. 184191
StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ, State Bar No. 206336
HectorM@TheMMLawFirm.com
MARCO A. PALAU, State Bar. No. 242340
MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON, State Bar No. 269951
JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff
LINDA KESZENHEIMER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KESZENHEIMER,<br><br>            Plaintiff,<br><br>      v.<br><br>ALLIANCE RESIDENTIAL LLC,<br>ALLIANCE RESIDENTIAL COMPANY;<br>and ALLIANCE RESIDENTIAL INC.,<br><br>            Defendants. | Case No. 4:13-cv-05211-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE TO COMPLETE MEDIATION**<br><br>Complaint Filed:  November 8, 2013<br>Trial Date:           August 3, 2015<br>Judge:                 Hon. John S. Tigar |

Case No. 4:13-cv-05211-JST
STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE TO COMPLETE MEDIATION

Plaintiff Linda Keszenheimer ("Keszenheimer" or "plaintiff") and defendant Alliance Residential LLC dba Alliance Residential Company ("Alliance" or "defendant") (together, the "parties"), hereby submit their Stipulation and [Proposed] Order to Extend Date to Complete Mediation:

## RECITALS

1. WHEREAS on April 16, 2014, the Court issued a Scheduling Order ordering the parties to mediate by August 15, 2014.

2. WHEREAS on May 27, 2014 the Court issued a Notice of Appointment of Mediator assigning the parties to mediate before Kathryn Dickson.

3. WHEREAS on June 16, 2014 the parties attended a pre-mediation conference with Ms. Dickson wherein she expressed her unavailability to mediate in early August 2014.

4. WHEREAS the parties and Ms. Dickson ultimately agreed to October 2, 2014 as a mutually agreeable mediation date.

## IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

5. Upon the approval of the Court, the parties' deadline to complete mediation shall be **October 3, 2014**.

| | |
|---|---|
| DATED:  July 18, 2014 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: */s/ Andrea L. Fellion*<br>Thomas M. McInerney<br>Andrea L. Fellion<br>Attorneys for Defendant<br>ALLIANCE RESIDENTIAL LLC dba<br>ALLIANCE RESIDENTIAL COMPANY |
| DATED:  July 18, 2014 | MALLISON & MARTINEZ |
| | By: */s/ Marco A. Palau*<br>Stan Mallison<br>Hector Martinez<br>Joseph Sutton<br>Marco Palau<br>Attorneys for Plaintiff<br>LINDA KESZENHEIMER |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Marco Palau.

DATED: July 18, 2014                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Andrea L. Fellion*
    Thomas M. McInerney
    Andrea L. Fellion
    Attorneys for Defendant
    ALLIANCE RESIDENTIAL LLC dba
    ALLIANCE RESIDENTIAL COMPANY

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, the parties are ordered to complete mediation by **October 3, 2014**.

DATED: July 22, 2014



Hon. ~~IT IS SO ORDERED~~
Judge Jon S. Tigar

18477726.1