1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  ANDREA L. FELLION, State Bar No. 262278
   andrea.fellion@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  ALLIANCE RESIDENTIAL LLC dba ALLIANCE RESIDENTIAL
   COMPANY
8
   STAN S. MALLISON, State Bar No. 184191
9  StanM@TheMMLawFirm.com
   HECTOR R. MARTINEZ, State Bar No. 206336
10 HectorM@TheMMLawFirm.com
   MARCO A. PALAU, State Bar. No. 242340
11 MPalau@TheMMLawFirm.com
   JOSEPH D. SUTTON, State Bar No. 269951
12 JSutton@TheMMLawFirm.com
   MALLISON & MARTINEZ
13 1939 Harrison Street, Suite 730
   Oakland, California 94612-3547
14 Telephone: (510) 832-9999
   Facsimile: (510) 832-1101
15
   Attorneys for Plaintiff
16 LINDA KESZENHEIMER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA KESZENHEIMER,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLIANCE RESIDENTIAL LLC,<br>ALLIANCE RESIDENTIAL COMPANY;<br>and ALLIANCE RESIDENTIAL INC.,<br><br>        Defendants. | Case No. 3:13-cv-05211-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE TO COMPLETE MEDIATION**<br><br>Complaint Filed: November 8, 2013<br>Trial Date:         August 3, 2015<br>Judge:               Hon. John S. Tigar |

Plaintiff Linda Keszenheimer ("Keszenheimer" or "plaintiff") and defendant Alliance Residential LLC dba Alliance Residential Company ("Alliance" or "defendant") (together, the "parties"), hereby submit their Stipulation and [Proposed] Order to Extend Date to Complete Mediation:

**RECITALS**

1. WHEREAS on April 16, 2014, the Court issued a Scheduling Order ordering the parties to mediate by August 15, 2014.

2. WHEREAS on May 27, 2014 the Court issued a Notice of Appointment of Mediator assigning the parties to mediate before Kathryn Dickson.

3. WHEREAS on June 16, 2014 the parties attended a pre-mediation conference with Ms. Dickson wherein she expressed her unavailability to mediate in early August 2014.

4. WHEREAS the parties and Ms. Dickson ultimately agreed to October 2, 2014 as a mutually agreeable mediation date.

5. WHEREAS Ms. Dickson's office contacted the parties on October 1, 2014 at approximately 4:30 p.m. indicating that due to an unforeseen medical situation, Ms. Dickson needed to cancel the October 2 mediation.

6. WHEREAS this mediation did not go forward on October 2 and has not been rescheduled.

**IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

7. Upon the approval of the Court, the parties' deadline to complete mediation shall be **December 31, 2014**.

DATED: October 3, 2014                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Andrea L. Fellion*
    Thomas M. McInerney
    Andrea L. Fellion
    Attorneys for Defendant
    ALLIANCE RESIDENTIAL LLC dba
    ALLIANCE RESIDENTIAL COMPANY

DATED:  October 3, 2014					MALLISON & MARTINEZ


						By: */s/ Marco A. Palau*
							Stan Mallison
							Hector Martinez
							Joseph Sutton
							Marco Palau
							Attorneys for Plaintiff
							LINDA KESZENHEIMER


## ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Marco Palau.


DATED:  October 3, 2014					OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.



						By: */s/ Andrea L. Fellion*
							Thomas M. McInerney
							Andrea L. Fellion
							Attorneys for Defendant
							ALLIANCE RESIDENTIAL LLC dba
							ALLIANCE RESIDENTIAL COMPANY

1 **[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, the parties are ordered to complete mediation by **December 31, 2014**.

DATED: October 6, 2014

_____
Honorable Jon S. Tigar

