UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA KESZENHEIMER,

            Plaintiff,

     v.

ALLIANCE RESIDENTIAL LLC, et al.,

            Defendants.

Case No.  13-cv-05211-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: ECF No. 35

On December 23, 2014, the mediator assigned to this case filed a statement indicating that the parties have fully settled this action.  <u>See</u> ECF No. 35.  Accordingly, all deadlines and hearings in this case are VACATED.  By January 27, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on February 11, 2015 at 2:00 p.m., which will be vacated automatically if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: December 23, 2014

                                                 JON S. TIGAR
                          United States District Judge