Thomas M. McInerney, State Bar No. 162055
tmm@ogletreedeakins.com
Andrea L. Fellion, State Bar No. 262278
andrea.fellion@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
ALLIANCE RESIDENTIAL LLC dba ALLIANCE RESIDENTIAL COMPANY

STAN S. MALLISON, State Bar No. 184191
StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ, State Bar No. 206336
HectorM@TheMMLawFirm.com
MARCO A. PALAU, State Bar. No. 242340
MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON, State Bar No. 269951
JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff
LINDA KESZENHEIMER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KESZENHEIMER,<br><br>             Plaintiff,<br><br>       v.<br><br>ALLIANCE RESIDENTIAL LLC,<br>ALLIANCE RESIDENTIAL COMPANY;<br>and ALLIANCE RESIDENTIAL INC.,<br><br>             Defendants. | Case No. 4:13-cv-05211-JST<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISMISSAL DEADLINE**<br><br>Complaint Filed:   November 8, 2013<br>Trial Date:            August 3, 2015<br>Judge:                  Hon. John S. Tigar |

Case No. 4:13-cv-05211-JST

STIPULATION

WHEREAS, Plaintiff has not dismissed this case because based upon a clerical error concerning a settlement check issued, the parties have decided to reissue one of the underlying checks which has not yet occurred. The reissuance of this check is a condition precedent to dismissal under the settlement agreement.

AS SUCH, the parties request that the deadline to dismiss this action be extended from January 28, 2015 to February 12, 2015.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  January 27, 2015                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Andrea L. Fellion*
Thomas M. McInerney
Andrea L. Fellion
Attorneys for Defendant
ALLIANCE RESIDENTIAL LLC dba
ALLIANCE RESIDENTIAL COMPANY

1
2  DATED: January 27, 2015                MALLISON & MARTINEZ
3
4                                         By:  */s/ Marco A. Palau*
                                              Stan Mallison
5                                             Hector Martinez
                                              Joseph Sutton
6                                             Marco Palau
                                              Attorneys for Plaintiff
7                                             LINDA KESZENHEIMER
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                 2                     Case No. 4:13-cv-05211-JST
                            STIPULATION

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 28, 2015

IT IS SO ORDERED
Judge Jon S. Tigar